IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| IRMA DAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00005 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion for Summary Judgment [ECF No. 14], denying Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 12], and dismissing this case. This *Report* was filed on February 4, 2015, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, and this case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe, and to dismiss this case from the Court's docket.

ENTERED this 2nd day of March, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE